```
1  Darren J. Quinn (149679)
   Alexander E. Papaefthimiou (236930)
2  LAW OFFICES OF DARREN J. QUINN
   12702 Via Cortina, Suite 105
3  Del Mar, CA 92014
   Tel: (858) 509-9401
4
   Attorneys for Plaintiff SMOOTHREADS, INC.
5
```

FILED
2008 SEP -5 PM 1:40
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMOOTHREADS, INC., a California corporation, d/b/a $2.95 GUYS,<br><br>Plaintiff,<br><br>v.<br><br>ADDVENTURE PRODUCTS, INC., a California corporation,<br><br>Defendant. | CASE NO. 08 CV 1634 L LSP<br><br>**NOTICE OF RELATED CASES** |

NOTICE OF RELATED CASES

ORIGINAL

1  TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  NOTICE IS HEREBY GIVEN, pursuant to CivLR 40.1(e), that the undersigned counsel

3  for plaintiff SMOOTHREADS, INC. d/b/a $2.95 GUYS has reason to believe that the following

4  cases are potentially related to the immediate case within the definition of CivLR 40.1(f).

5  <u>Case No. 1</u>

6  **Case Name:** *AddVenture Products, Inc. v. Smoothreads, Inc.*

7  **Court:** United States District Court for the Southern District of San Diego

8  **Judge:** Hon. Barry T. Moskowitz

9  **Mag. Judge:** Hon. Anthony J. Battaglia

10  **Case No.:** 07-cv-02025-BTM-AJB

11  **Filing Date:** October 18, 2007

12  <u>Case No. 2</u>

13  **Case Name:** *AddVenture Products, Inc. v. , Robert Weinberg, et al.*

14  **Court:** United States District Court for the Southern District of San Diego

15  **Judge:** Hon. Barry T. Moskowitz

16  **Mag. Judge:** Hon. Anthony J. Battaglia

17  **Case No.:** 07-cv-2024-BTM-AJB

18  **Filing Date:** October 18, 2007

19  **STATEMENT OF RELATIONSHIP**

20  Plaintiff's undersigned counsel believes the two cases are potentially related because:

21  1. Each of the cases contains at least one party that is the same as a party in the
22  immediate case;

23  2. Each of the cases contains at least one counsel that represents the same party as
24  said counsel represents in the immediate case; and

25  3. Some of the patents at issue in the immediate case are at issue in the other two
26  actions.

27  //

28

NOTICE OF RELATED CASES
-1-

1 **EFFECT OF ASSIGNMENT TO SINGLE JUDGE**

2       Given the similarity of issues, parties and counsel between the cases, the probability of

3 similar discovery issues and the likelihood that discovery may reveal a similarity of facts,

4 plaintiff's undersigned counsel believes that the assignment of both cases to the same judge and

5 magistrate judge would promote the efficient resolution of all cases.

6 Dated: September 5, 2008          LAW OFFICES OF DARREN J. QUINN
                                                   DARREN J. QUINN

7                                                    ALEXANDER E. PAPAEFTHIMIOU

8

9                                                    Alexander E. Papaefthimiou

10                                                  12702 Via Cortina, Suite 105
                                                 Del Mar, CA 92014

11                                                  Telephone: (858) 610-1246

12                                                  *Attorneys for Plaintiff*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28